**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Marcus Devale OLIVER, a.k.a. Black Boy Oliver, Defendant–Appellant.**

No. 07–12648
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Nov. 29, 2007.

Dean S. Daskal, U.S. Attorney's Office, Columbus, GA, for Plaintiff–Appellee.

Rick D. Collum, The Collum Law Firm, P.C., Moultrie, GA, for Defendant–Appellant.

Joseph R. Johnson, Orlando, FL, for Defendant–Appellant.

Before HULL, MARCUS and WILSON, Circuit Judges.

## PER CURIAM:

Rick D. Collum, Esq., appointed counsel for Marcus Devale Oliver, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals counsel's assessment of the relative merits of the appeal is correct. Independent examination of the entire record reveals no arguable issues of merit, and therefore, counsel's motion to withdraw is **GRANTED,** and Oliver's conviction and sentence are **AFFIRMED.**